# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEORGE C. GRIMSLEY,**
Appellant,

v.

**EXECUTIVE TRUST, LTD.** d/b/a **MALIBU BAY APARTMENTS,**
Appellee.

No. 4D17-930

[September 20, 2017]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502016CA006414XXXXMB.

George C. Grimsley, West Palm Beach, pro se.

Ryan R. McCain of Barfield McCain, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

GROSS, MAY and CIKLIN, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*